UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTINEZ et al., | No. 2:15-CV-01934 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| FLAGSTAR BANK, FSB et al., | |
| Defendants. | |

On August 15, 2016, the initial scheduling conference in this case was reset for October 13, 2016, for the parties' failure to file a joint status report. This is the third continuance due to the parties' failure to file their report.

In an order filed July 19, 2016, defendant's motion to dismiss was granted in part and denied in part, and plaintiffs were granted twenty-one days to file an amended complaint. As of this date, no amended complaint has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs SHOW CAUSE within fourteen (14) days of the filing of this order why this case should not be dismissed for failure to follow this court's orders and for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See also Link v. Wabash R. Co*., 370 U.S. 626, 631–33 (1962) (a district court may dismiss a complaint for failure to prosecute sua sponte).

1

2. Plaintiffs' and defendants' counsel SHOW CAUSE within seven (7) days of the filing of this order why counsel should not be sanctioned in the amount of $250.00 for their repeated failure to file a joint status report.

DATED: September 12, 2016

_____
UNITED STATES DISTRICT JUDGE