UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTINEZ, ERIKA MARTINEZ, AND DELFINA PRADO,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, FSB and DOES 1 through 50, includice,<br><br>Defendants. | No. 2:15-CV-01934-KJM-CKD<br><br><br>ORDERS TO SHOW CAUSE |

      On August 15, 2016, the initial scheduling conference in this case was continued for the third time due to the parties' failure to file a joint status report. ECF No. 27. The court ordered parties to file a joint status report within seven days, and the court reset the scheduling conference for October 13, 2016. *Id.* On September 13, 2016, having still received no joint status report, the court issued an order to show cause ("OSC") requiring: (1) plaintiffs to explain why the case should not be dismissed for failure to follow this court's orders and for failure to prosecute; and (2) counsel for both parties to explain why the court should not issue sanctions in the amount of $250.00. ECF No. 29. Both parties filed timely responses to the OSC and submitted a joint statement on September 22, 2016. ECF Nos. 31–33. The court discharged the OSC, but warned both parties "to heed the court's deadlines with greater care going forward." ECF No. 34. Neither party appeared at the October 13, 2016 status conference. ECF No. 37.

1 | Accordingly, the court hereby orders plaintiffs for a second time to SHOW CAUSE within fourteen (14) days why this case should not be dismissed for failure to prosecute and repeated failure to obey the court's deadlines and orders.

Additionally, given the repeated failures of both parties to abide by this court's timelines and orders, and the court's prior warning of sanctions against both parties, the court once again orders each counsel to SHOW CAUSE why they should not each now be sanctioned in the amount of $250.00.

       IT IS SO ORDERED.

DATED: November 7, 2016

_____
UNITED STATES DISTRICT JUDGE

2