UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDGAR MARTINEZ, ERIKA MARTINEZ, and DELFINA PRADO, | No. 2:15-cv-01934-KJM-CKD |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| FLAGSTAR BANK, FSB and DOES 1 through 50, inclusive, | |
| Defendants. | |

After the parties in this action missed a series of deadlines and both failed to appear at a status conference before the court on October 13, 2016, the court ordered plaintiffs' counsel to show cause why the case should not be dismissed and counsel for both parties to show cause why they should not each be sanctioned in the amount of $250.00. Order November 8, 2016, ECF No. 38. Plaintiffs responded to the order to show cause on November 11, 2016. ECF No. 39. Defendants responded on November 22, 2016. ECF No. 40. Both responses were timely.

Based on plaintiffs' response, the court declines to dismiss the case at this juncture. Plaintiffs argue they are proceeding with prosecution of the case, Pls.' Resp. 3, ECF No. 39, and plaintiffs' counsel declares that plaintiffs submitted discovery requests to opposing

1

counsel on November 9, 2016.  Snyder Decl. ¶ 6, ECF No. 39-1.  Although the court notes this discovery activity occurred *after* the court's order to show cause, the court finds dismissal for failure to prosecute at this juncture would not be appropriate.

However, based on both parties' responses, the court finds monetary sanctions appropriate here.  Counsel for both parties explain they attempted to make arrangements for telephonic appearance within 24 hours of the scheduled status conference.  Snyder Decl. ¶ 5, ECF No. 39-1; Reynolds Decl. ¶ 5, ECF No. 40-1.  However, as a matter of course, the court does not permit telephonic appearances for the parties' initial status conference.  Had the parties attempted to make arrangements sooner, they would have been able to adjust their travel plans to attend the conference in person as required.  Especially in light of the parties' missed deadlines to submit a joint status report in anticipation of the initial scheduling conference they failed to attend, as well as the court's prior admonition to "heed the court's deadlines with greater care going forward," ECF No. 34, the court finds monetary sanctions are appropriate here.

Accordingly, counsel for each party are sanctioned in the amount of $250.00, payable to the Clerk of the Court within fourteen days of the date this order is served.  Counsel shall not pass this cost on to their clients.

IT IS SO ORDERED.

DATED: February 14, 2017

UNITED STATES DISTRICT JUDGE

2